UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARCAUREL A. PIERRE,

    Plaintiff,

vs.                                              Case No.:  3:23cv12771/MCR/ZCB

NURSE HATTAWAY, et al.,

    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on August 23, 2024.  (Doc. 45).  The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 45) is adopted and incorporated by reference in this order.

2. The motion to dismiss filed by Defendant Hattaway (Doc. 31) is **GRANTED**.

3. Plaintiff's claims against Defendant Hattaway are **DISMISSED without prejudice** for failure to exhaust administrative remedies under 42 U.S.C. 1997e(a).

4. The Clerk of Court is directed to close this case.

**DONE AND ORDERED** this 11th day of September 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**